UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. CLAIRE R. KELLY, JUDGE

_____

| | |
|---|---|
| SEKO CUSTOMS BROKERAGE, INC., : | |
| Plaintiffs, : | |
| : | Court No. 24-00097 |
| v. : | |
| UNITED STATES, : | |
| Defendant. : | |

_____

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

  Defendant, United States, respectfully submits this response to Plaintiff's motion for protective order (ECF No. 9).  Subsequent to Plaintiff's filing of its motion, the parties have consulted and have agreed on a joint protective order (JPO) for this case.  Therefore, pursuant to Rules 5.2 of the Rules of the Court of International Trade and Administrative Order 02-01, defendant's counsel with the consent of plaintiff's counsel respectfully request that the Court enter the JPO, which is attached hereto as Exhibit A.

  Good cause exists for entry of the JPO.  The JPO will allow the parties to refer to confidential information in pleadings and papers and will facilitate the more efficient prosecution of this litigation.  The parties' "access to Confidential Information will take effect upon entry of a judicial protective order."  Administrative Order 02-01, ¶ 2.

  Defendant's counsel forwarded this response to plaintiff's counsel on June 4, 2024 and plaintiff's counsel consents to the filing of the stipulated JPO.

  For this reason, the parties respectfully request that the Court enter the accompanying JPO.

                                          Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General

                                          PATRICIA M. McCARTHY
                                          Director

By:    /s/ Justin R. Miller
         JUSTIN R. MILLER
         Attorney-In-Charge

         /s/ Edward F. Kenny
         EDWARD F. KENNY
         Senior Trial Counsel

         /s/ Nico Gurian
         NICO GURIAN
         Trial Attorney
         Department of Justice, Civil Division
         Commercial Litigation Branch
         26 Federal Plaza, Suite 346
         New York, New York 10278
         Tel:  212-264-0480
         Fax:  212-264-1916

Dated: June 4, 2024         *Attorneys for Defendant*