

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

July 8, 2024

Eric Roland Rock, Esq.
Serhiy Kiyasov, Esq.
Austin Joseph Eighan, Esq.
Rock Trade Law LLC
134 N. La Salle Street
Suite 1800
Chicago, IL 60602
Email:    erock@rocktradelaw.com
          skiyasov@rocktradelaw.com
          aeighan@rocktradelaw.com

Edward Francis Kenny, Esq.
Nico Gurian, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
26 Federal Plaza
Room 346
New York, NY 10278
Email:    edward.kenny@usdoj.gov
          nico.gurian@usdoj.gov

Alexandra Khrebtukova, Esq.
U.S. Customs and Border Protection
Office of Chief Counsel, International Trade Litigation
26 Federal Plaza
Suite 258
New York, NY 10278
Email:    alexandra.khrebtukova@cbp.dhs.gov

Jennifer L. Petelle, Esq.
U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, NW
Suite 4.4B
Washington, DC 20229
Email:    jennifer.l.petelle@cbp.dhs.gov

Zachary Scott Simmons, Esq.
U.S. Customs and Border Protection
26 Federal Plaza
Suite 258
New York, NY 10278
Email:        zachary.s.simmons@cbp.dhs.gov

        *Re:*   *SEKO Customs Brokerage, Inc. v. United States*
             Court No. 24-00097

Dear Counsel:

      The Court is in receipt of Plaintiff's application for temporary restraining order ("TRO") and motion for preliminary injunction, June 4, 2024, ECF No. 21 ("Pl. Mot."), Defendant's opposition, July 1, 2024, ECF No. 35, and is awaiting Plaintiff's reply due on or before Wednesday, July 10, 2024. Since filing this action, Plaintiff requested a hearing for, and indicated readiness to be heard on, its application and motion. Pl. Mot. at 2; Pls.' Resp. to Def. Resp. to [the Court's] Questions at 7, June 6, 2024, ECF No. 23; Telephone Conference at 12:30, June 7, 2024, ECF No. 27.

      In light of Plaintiff's requests, a hearing on the application and motion will be held on Friday, July 12, 2024, at 10:00 a.m. in Courtroom 1 at the United States Court of International Trade. The parties will present their arguments to the Court, as well as any witnesses to support their positions. If the parties plan to call any witnesses, the parties will disclose the appearing witnesses, titles, and the purpose of their testimony on or before Thursday, July 11, 2024, at 12:00 p.m.

                                                           Sincerely,

                                                            /s/ Claire R. Kelly
                                                            Claire R. Kelly, Judge