

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

July 15, 2024

Eric Roland Rock, Esq.
Serhiy Kiyasov, Esq.
Austin Joseph Eighan, Esq.
Rock Trade Law LLC
134 N. La Salle Street
Suite 1800
Chicago, IL 60602
Email:      erock@rocktradelaw.com
            skiyasov@rocktradelaw.com
            aeighan@rocktradelaw.com

Edward Francis Kenny, Esq.
Nico Gurian, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
26 Federal Plaza
Room 346
New York, NY 10278
Email:      edward.kenny@usdoj.gov
            nico.gurian@usdoj.gov

Alexandra Khrebtukova, Esq.
U.S. Customs and Border Protection
Office of Chief Counsel, International Trade Litigation
26 Federal Plaza
Suite 258
New York, NY 10278
Email:      alexandra.khrebtukova@cbp.dhs.gov

Jennifer L. Petelle, Esq.
U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, NW
Suite 4.4B
Washington, DC 20229
Email:      jennifer.l.petelle@cbp.dhs.gov

Court No. 24-00097                                                                                                  Page **2** of **2**

Zachary Scott Simmons, Esq.
U.S. Customs and Border Protection
26 Federal Plaza
Suite 258
New York, NY 10278
Email:        zachary.s.simmons@cbp.dhs.gov

        *Re:*    *SEKO Customs Brokerage, Inc. v. United States*
               Court No. 24-00097

Dear Counsel:

      It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, July 23, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, July 22, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

      Thank you for your assistance.

                                                Sincerely,

                                             /s/ Claire R. Kelly
                                             Claire R. Kelly, Judge