| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |

| | |
|---|---|
| SEKO CUSTOMS BROKERAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 24-cv-00097 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: September 3, 2024

Eric R. Rock

Attorney for Plaintiff

134 North LaSalle Street, Suite 1800

Street Address

Chicago, Illinois 60602

City, State and Zip Code

312-824-6191

Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: September 3, 2024         Clerk, U. S. Court of International Trade

By: _____/s/ Steve Taronji_____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 24-cv-00097 | SEKO Customs Brokerage, Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: September 3, 2024

Clerk, U. S. Court of International Trade

By: /s/ Steve Taronji
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)